DANIEL L. HARRALSON
Attorney at Law
Post Office Box 26688
Fresno, California 93729-6688
Telephone: 559.486.4560
Facsimile: 559.486.4320
harralsonlaw@sbcglobal.net

Attorney for Defendant: Rafael Lopez

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL LOPEZ, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO.  1:19-CR-00143-ADA-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER**<br><br>Date: March 20, 2023<br>Time: 8:30 a.m.<br>Place: Dept. 1 before Honorable Judge Ana de Alba |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Sentencing Hearing in the above captioned matter now set for **March 20, 2023, at 8:30 am**, **may be continued to May 1, 2023 at 8:30 am., in Department 1 of the United States District Court.**

　　　　　The continuance is requested by counsel for Defendant, DANIEL L. HARRALSON, to allow additional time for Counsel to prepare and present Informal and Formal Objections to the Pre- Sentence Report to Probation and the Court.

\\\

\\\

\\\

\\\

\\\

1

DATED: February 23, 2023              Respectfully Submitted,

**DANIEL L. HARRALSON**


  /s/ Daniel Harralson
DANIEL L. HARRALSON
Attorney for Defendant


DATED: February 23, 2023              **UNITED STATES ATTORNEYS OFFICE**


  /s/ Justin Gilio
JUSTIN GILIO
Attorney for United States


-----------------------------------------------

# ORDER
-----

IT IS HEREBY ORDERED. That the Sentencing Hearing of March 20, 2023 at 8:30 am, be continued to May 1, 2023, at 8:30 am.


IT IS SO ORDERED.

  Dated:   February 24, 2023                    _____
                                                UNITED STATES DISTRICT JUDGE